**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:        Joaquin Ospina (a/k/a Joaquin Ospina Retavisca) v. Nicole Stefany Garcia Florez

Appellate case number:     01-19-00465-CV

Trial court case number:    2017-76410

Trial court:               309th District Court of Harris County

The Clerk of this Court's July 16, 2019 notice stated that it had previously forwarded appellant's July 9, 2019 "Opposed Motion to Appeal as Indigent," attaching a pro se Statement of Inability to Afford Payment of Court Costs or an Appeal Bond ("Statement"), to the district clerk and was forwarding the court reporter's contest to that Statement and requested an indigent clerk's record. *See* TEX. R. CIV. P. 145. On August 2, 2019, the district clerk filed an indigent clerk's record containing appellant's Statement and the court reporter's contest, but no signed trial court's order with findings required by Rule 145(f)(6).

Rule of Appellate Procedure 20.1 provides that a party who files such a Statement in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145." TEX. R. APP. P. 20.1(b)(1). Because appellant's indigence claim was not overruled by the trial court, appellant is not required to pay appellate costs. *See id.*

Accordingly, the Court **grants** appellant's "Opposed Motion to Appeal as Indigent," **directs** the Clerk of this Court to mark appellant indigent in this Court's records and allowed to proceed without advance payment of the appellate filing, clerk's, and reporter's record fees. The Court **ORDERS** the court reporter to file the reporter's record **within 30 days** of this Order, at no cost to appellant. Finally, the Court **ORDERS** the district clerk to file the clerk's record, at no cost to appellant, **within 30 days** of the date of this order.

It is so ORDERED.

Judge's signature:   /s/ Evelyn V. Keyes

☑ Acting individually   ☐ Acting for the Court

Date:   August 20, 2019